ACCEPTED
03-14-00797-CV
11032932
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2016 10:07:40 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00797-CV

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2016 10:07:40 AM
JEFFREY D. KYLE
Clerk

_____

*DARRELL J. HARPER, TDCJ No. 1957729,*
Appellant,

v.

*STATE OF TEXAS COMMISSION ON JAIL STANDARDS*, *et al.,*
Appellees.

_____

On Appeal from the 98th Judicial District Court
Travis County, Texas

_____

**DESIGNATION OF NEW ATTORNEY-IN-CHARGE**

_____

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney
General

**JAMES E. DAVIS**
Deputy Attorney General for
Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense
Division

**AMANDA M. KATES**
Assistant Attorney General
Attorney-In-Charge
Texas Bar No. 24075987
Law Enforcement Defense Division
Office of the Attorney General
Post Office Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**To the Honorable Justices of the Third Court of Appeals:**

Defendants Texas Commission on Jail Standards and Anthony Mikesh submit this Designation of New Attorney-in-Charge.

This matter has been internally re-assigned to Assistant Attorney General Amanda M. Kates. Please exclude Assistant Attorney General Kimberly Kauffman from any further notices regarding this action. It is requested that all future correspondence and documents in this matter be sent to Mrs. Kates at the address provided below.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief Law Enforcement Defense Division

*/s/ Amanda M. Kates*
**AMANDA M. KATES**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24075987
Amanda.Kates@texasattorneygeneral.gov

2

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080 / Fax: (512) 936-2109

**ATTORNEYS FOR DEFENDANTS TEXAS
COMMISSION ON JAIL STANDARDS
AND MIKESH**

## NOTICE OF ELECTRONIC FILING

I, **AMANDA M. KATES**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing **Designation of New Attorney-in-Charge** in accordance with the Electronic Case Files system of the Third Court of Appeals of Texas, on June 8, 2016.

*/s/ Amanda M. Kates*
**AMANDA M. KATES**
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, **AMANDA M. KATES**, Assistant Attorney General of Texas, do hereby certify that a correct copy of the foregoing **Designation of New Attorney-in-Charge** has been served by placing same in the United States Postal Service, postage prepaid, on June 8, 2016 addressed to:

Darrell Harper, TDCJ No. 1957729
TDCJ – Ellis Unit
1697 FM 980
Huntsville, TX 77343
*Appellant Pro Se*

/s/ Amanda M. Kates
**AMANDA M. KATES**
Assistant Attorney General
